UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES STEPHEN ALDERDICE

VERSUS

LOWE'S HOME CENTERS, INC., ET AL

CIVIL ACTION

NO. 09-406-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 19, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand filed by James Stephen Alderdice will be granted and that pursuant to 28 USC 1447(c), this action will be remanded to the 19th Judicial District Court for East Baton Rouge Parish, Baton Rouge, Louisiana, for lack of jurisdiction over the subject matter.

Baton Rouge, Louisiana, January 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

CC 19TH JDC